BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

| In re: American Medical Collection Agency Data Breach Litigation | MDL No. |
|---|---|

**SCHEDULE OF ACTIONS**

| # | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:** Paula Worthey<br><br>**Defendants:** Defendants American Medical Collection Agency, Inc.; Optum360 Services, Inc.; and Quest Diagnostics Incorporated | U.S. District Court, Southern District of New York | 7:19-cv-05210 | Hon. Nelson S. Roman |
| 2 | **Plaintiff:** Edgar Gutierrez<br><br>**Defendants:** Defendants American Medical Collection Agency, Inc.; Optum360 Services, Inc.; and Quest Diagnostics Incorporated | U.S. District Court, Southern District of New York | 7:19-cv-05212 | Hon. Kenneth M. Karas |
| 3 | **Plaintiff:** Misty Marler<br><br>**Defendants:** Defendants American Medical Collection Agency, Inc.; Optum360 Services, Inc.; and Quest Diagnostics Incorporated | U.S. District Court, Central District of California | 8:19-cv-01091 | TBD |

Respectfully submitted,

Dated:  June 4, 2019          **AHDOOT & WOLFSON, PC**

/s/ Tina Wolfson
Tina Wolfson
*twolfson@ahdootwolfson.com*
Brad King
*bking@ahdootwolfson.com*
Theodore W. Maya
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
45 Main Street, Suite 528
Brooklyn, NY 11201
Tel: 917-336-0171
Fax: 917-336-0177

Russell Yankwitt
*russell@yankwitt.com*
Michael H. Reed
*michael@yankwitt.com*
**YANKWITT LLP**
140 Grand Street
Suite 705
White Plains, NY 10601
Tel: 914-686-1500
Fax: 914-487-5000

*Counsel for Plaintiff
and the Putative Classes*