**BEFORE
THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re American Medical Collection Agency Data Breach Litigation | MDL DOCKET NO. 2904 |

**PROOF OF SERVICE**

I, Daniel S. Robinson, hereby certify that on June 13, 2019, I caused Plaintiff Misty Marler's Response to Motion to Transfer and Consolidate Pursuant to 28 U.S.C. § 1407 to be electronically served through the CM/ECF system. I also caused the foregoing document to be emailed or mailed to counsel of record and/or unrepresented parties as indicated in the following Related Actions:

**Via USPS:**

Defendant American Medical Collection Agency, Inc.:
4 Westchester Plaza # 110
Elmsford, NY 10523

Defendant Optum360 Services, Inc.:
11000 Optum Circle
Eden Prairie, MN 55344

Defendant Quest Diagnostics Incorporated:
S500 Plaza Dr.
Secaucus, NJ 07094

**Via Email:**

| **Counsel for Plaintiffs in *Carbonneau v. Quest Diagnostics, Incorporated, et al.,* Case No. 2:19-cv-13472** | |
|---|---|
| Peter S. Pearlman<br>**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**<br>Park 80 West - Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663<br>Tel.: (201) 845-9600<br>Fax: (201) 845-9423 | psp@njlawfirm.com |
| Sherrie Savett<br>Shanon Carson | ssavett@bm.net<br>scarson@bm.net |

| | |
|---|---|
| Jon Lambiras<br>**BERGER MONTAGUE, PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel.: (215) 875-3000<br>Fax: (215) 875-4604 | jlambiras@bm.net |

| **Counsel for Plaintiffs in *DeMarco v. Quest Diagnostics, Incorporated, et al.,* Case No. 2:19-cv-05071** ||
|---|---|
| Timothy g. Blood<br>Thomas J. O'Reardon<br>Jennifer L. MacPherson<br>BLOOD HURST & O'REARDON, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax) | tblood@bholaw.com<br>toreardon@bholaw.com<br>jmacpherson@bholaw.com |

| **Counsel for Plaintiffs in *Fernandez v. American Medical Collection Agency, et al.,* Case No. 2:19-cv-13398** ||
|---|---|
| Christopher A. Seeger<br>Parvin Aminolroaya<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(973) 639-9100 | cseeger@seegerweiss.com<br>paminolroaya@seegerweiss.com |
| Jennifer Scullion<br>SEEGER WEISS LLP<br>77 Water Street<br>8th Floor<br>New York, NY 10005<br>(212) 584-0700 | jscullion@seegerweiss.com |
| Linda P. Nussbaum<br>Bart D. Cohen<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>(917) 438-9189 | lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com |
| Michael E. Criden<br>CRIDEN & LOVE, P.A.<br>7301 SW 57th Court, Ste. 515<br>South Miami, FL 33143<br>(305) 357-9000 | mcriden@cridenlove.com |
| Paul J. Geller<br>Stuart A. Davidson<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 East Palmetto Park Road<br>Suite 500 | pgeller@rgrdlaw.com<br>sdavidson@rgrdlaw.com |

| | |
|---|---|
| Boca Raton, FL 33432<br>(561) 750-3000 | |
| Samuel H. Rudman<br>Mark S. Reich<br>William J. Geddish<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 S. Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100 | srudman@rgrdlaw.com<br>mreich@rgrdlaw.com<br>wgeddish@rgrdlaw.com |

| **Counsel for Plaintiffs in *Grauberger v. Qurest Diagnostics, Incorporated, et al.,* Case No. 3:19-cv-03102** ||
|---|---|
| Abbas Kazerounian, Esq.<br>Jason A. Ibey, Esq.<br>Nicholas R. Barthel, Esq.<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 | ak@kazlg.com<br>jason@kazlg.com<br>nicholas@kazlg.com |
| Matt Schultz, Esq.<br>Bill Cash, Esq.<br>Brenton Goodman<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY<br>& PROCTOR, P.A.<br>316 S Baylen St Ste 600<br>Pensacola, FL 32502-5996<br>Telephone: (850) 435-7140<br>Facsimile: (850) 436-6140 | mschultz@levinlaw.com<br>bcash@levinlaw.com<br>bvigodsky@levinlaw.com |
| Joshua B. Swigart, Esq.<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Suite 101<br>San Diego, California 92101<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022 | josh@westcoastlitigation.com |

| **Counsel for Plaintiffs in *Gutierrez v. Am. Medical Collection Agency, Inc., et al.*** ||
|---|---|
| Jeremiah Frei-Pearson<br>FINKELSTEIN, BLANKINSHIP,<br>FREI-PEARSON & GARBER, LLP<br>445 Hamilton A venue, Suite 605<br>White Plains, NY 1060 | |

| **Counsel for Plaintiffs in *Henry v. American Medical Collection Agency, Inc., et al.,* Case No. 7:19-cv-05392** ||
|---|---|
| Laurence D. King<br>Mario M. Choi<br>KAPLAN FOX & KILSHEIMER LLP | lking@kaplanfox.com<br>mchoi@kaplanfox.com |

| | |
|---|---|
| 350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Tel.: (415) 772-4700<br>Fax: (415) 772-4707 | |
| Frederic S. Fox<br>Joel B. Strauss<br>David A. Straite<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7714 | ffox@kaplanfox.com<br>jstrauss@kaplanfox.com<br>dstraite@kaplanfox.com |
| Andres Montejo<br>THE LAW OFFICES OF ANDRES MONTEJO, ESQ.<br>6157 NW 167 Street, Suite F-21<br>Miami, Florida 33015<br>Tel: (305) 817-3677 | amontejo@andresmontejolaw.com |

| **Counsel for Plaintiffs in *Julin v. Quest Diagnostics, Incorporated, et al.*, Case No. 2:19-cv-13446** ||
|---|---|
| James A. Barry, Esq.<br>LOCKS LAW FIRM, LLC<br>801 N. Kings Highway<br>Cherry Hill, NJ 08034<br>Tel: (856) 663-8200 | jbarry@lockslaw.com |
| John A. Yanchunis, Esq.<br>Patrick Barthle, Esq.<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel: (813) 223-5505 | jyanchunis@forthepeople.com<br>pbarthle@forthepeople.com |
| Michael A. Galpern, Esq.<br>JAVERBAUM WURGAFT HICKS KAHN WIKSTROM AND SININS, P.C.<br>1000 Haddonfield-Berlin Road, Suite 203<br>Voorhees, NJ 08043<br>Tel: (856) 596-4100 | mgalpern@lawjw.com |
| Jared Michael Lee, Esq.<br>Jackson Lee | PA<br>1991 Longwood Lake Mary Rd<br>Longwood, FL 32750<br>Tel: (407) 477-4401 | Jared@JacksonLeePA.com |

| **Counsel for Plaintiffs in *Lanouette v. Retrieval-Masters Creditors Bureau, Inc., et al.*; Case No. 7:19-cv-05216** ||
|---|---|
| Spencer Sheehan<br>Sheehan & Associates, P.C.<br>505 Northern Blvd., Suite 311 | spencer@spencersheehan.com |

| | |
|---|---|
| Great Neck, NY 11021<br>(516) 303-0552 | |

| **Counsel for Plaintiffs in *Mayer v. Quest Diagnostics, Inc., et al.*, Case No. 5:19-cv-01029** ||
|---|---|
| Brian D. Chase<br>Jerusalem F. Beligan<br>Ian M. Silvers<br>BISNAR \| CHASE LLP<br>1301 Dove Street, Suite 120<br>Newport Beach, California 92660<br>Telephone: (949) 752-2999<br>Facsimile: (949) 752-2777 | bchase@bisnarchase.com<br>jbeligan@bisnarchase.com<br>isilvers@bisnarchase.com |
| Robert L. Esensten<br>Jordan S. Esensten<br>ESENSTEN LAW<br>12100 Wilshire Boulevard, Suite 1660<br>Los Angeles, California 90025<br>Telephone: (310) 279-3090<br>Facsimile: (310) 207-5969 | resensten@esenstenlaw.com<br>jesensten@esenstenlaw.com |

| **Counsel for Plaintiffs in *Meisel v. American Medical Collection Agency, et al.*, Case No. 2:19-cv-13484** ||
|---|---|
| Christopher A. Seeger<br>Parvin Aminolroaya<br>SEEGER WEISS LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660 | cseeger@seegerweiss.com<br>paminolroaya@seegerweiss.com |
| Jennifer Scullion<br>SEEGER WEISS LLP<br>77 Water Street<br>8th Floor<br>New York, NY 10005<br>(212) 584-0700 | jscullion@seegerweiss.com |
| Linda P. Nussbaum<br>Bart D. Cohen<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>(917) 438-9189 | lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com |
| Adam Frankel<br>GREENWICH LEGAL ASSOCIATES, LLC<br>881 Lake Avenue<br>Greenwich, CT 06831<br>(203) 622-6001 | adam@grwlegal.com |

| **Counsel for Plaintiffs in *Oswald v. American Medical Collection Agency, Inc., et al.*, Case No. 7:19-cv-05302** ||
|---|---|

| | |
|---|---|
| Linda P. Nussbaum<br>Bart D. Cohen<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>(917) 438-9189<br>lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com | lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com |
| Christopher A. Seeger<br>Jennifer Scullion<br>Parvin Aminolroaya<br>SEEGER WEISS LLP<br>77 Water Street<br>8th Floor<br>New York, NY 10005<br>(212) 584-0700 | cseeger@seegerweiss.com<br>jscullion@seegerweiss.com<br>paminolroaya@seegerweiss.com |
| Adam Frankel<br>GREENWICH LEGAL ASSOCIATES, LLC<br>881 Lake Avenue<br>Greenwich, CT 06831<br>(203) 622-6001 | adam@grwlegal.com |

| | |
|---|---|
| **Counsel for Plaintiffs in *Rahill v. Quest Diagnostics, et al.,* Case No. 2:19-cv-13510** | |
| Bruce D. Greenberg<br>LITE DEPALMA GREENBERG, LLC<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>Telephone: (973) 623-3000<br>Facsimile: (973) 623-0858 | bgreenberg@litedepalma.com |
| Joseph G. Sauder<br>Matthew D. Schelkopf<br>Joseph B. Kenney<br>**SAUDER SCHELKOPF, LLC**<br>555 Lancaster Avenue<br>Berwyn, Pennsylvania 19312<br>Telephone: (610) 200-0580<br>Facsimile: (610)727-4360 | jgs@sstriallawyers.com<br>mds@sstriallawyers.com<br>jbk@sstriallawyers.com |

| | |
|---|---|
| **Counsel for Plaintiffs in *Rogge v. Quest Diagnostics, Incorporated, et al.,* Case No. 2:19-cv-13648** | |
| Duran L. Keller, Esq.<br>Of Counsel, The Law Office of Edwyn D. Macelus<br>PO Box 374<br>Edgewater, NJ 07020<br>T: (765) 444-9202<br>F: (765) 807-3388 | duran@kellerlawllp.com |

| | |
|---|---|
| Mark A. Ozzello<br>Tarek H. Zohdy<br>Cody R. Padgett<br>Trisha K. Monesi<br>Capstone Law APC<br>1875 Century Park East, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 556-4811<br>Facsimile: (310) 943-0396 | Mark.Ozzello@capstonelawyers.com<br>Tarek.Zohdy@capstonelawyers.com<br>Cody.Padgett@capstonelawyers.com<br>Trisha.Monesi@capstonelawyers.com |

| Counsel for Plaintiffs in *Vieyra v. Quest Diagnostics, Inc., et al.,* Case No. 2:19-cv-13396 | |
|---|---|
| James E. Cecchi<br>CARELLA BYRNE CECCHI<br>OLSTEIN BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel.: (973) 994-1700 | jcecchi@carellabyrne.com |
| Jason L. Lichtman<br>Sean A Petterson<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500 | jlichtman@lchb.com<br>spetterson@lchb.com |
| Michael W. Sobol<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000 | msobol@lchb.com |
| Adam J. Levitt<br>Amy E. Keller<br>DICELLO LEVITT GUTZLER LLC<br>Ten North Dearborn Street<br>Eleventh Floor<br>Chicago, Illinois 60602<br>Telephone: 312.214.7900 | alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com |

| Counsel for Plaintiffs in *Villareal v. American Medical Collection Agency, Inc., et al.,* Case No. 7:19-cv-05340 | |
|---|---|
| Christopher A. Seeger<br>Jennifer Scullion<br>Parvin Aminolroaya<br>SEEGER WEISS LLP<br>77 Water Street | cseeger@seegerweiss.com<br>jscullion@seegerweiss.com<br>paminolroaya@seegerweiss.com |

| | |
|---|---|
| 8th Floor<br>New York, NY 10005<br>(212) 584-0700 | |
| Linda P. Nussbaum<br>Bart D. Cohen<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>(917) 438-9189 | lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com |
| Michael E. Criden<br>CRIDEN & LOVE, P.A.<br>7301 SW 57th Court, Ste. 515<br>South Miami, FL 33143<br>(305) 357-9000 | mcriden@cridenlove.com |

| | |
|---|---|
| **Counsel for Plaintiffs in *Worthey v. American Medical Collection Agency, Inc., et al.*** | |
| Russell Yankwitt<br>Michael H. Reed<br>YANKWITT LLP<br>140 Grand Street, Suite 705<br>White Plains, NY 10601<br>Tel: 914-686-1500<br>Fax: 914-487-5000 | russell@yankwitt.com<br>michael@yankwitt.com |
| Tina Wolfson<br>Brad King<br>Theodore W. Maya<br>AHDOOT & WOLFSON, PC<br>45 Main Street, Suite 528<br>Brooklyn, NY 11201<br>Tel: 917-336-0171<br>Fax: 917-336-0177 | twolfson@ahdootwolfson.com<br>bking@ahdootwolfson.com<br>tmaya@ahdootwolfson.com |

Executed this 13th day of June 2019, at Newport Beach, California

*/s/ Daniel S. Robinson*
Daniel S. Robinson