BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** American Collection Agency, Inc. Customer Data
Security Breach Litigation

**MDL No. 2904**

## SCHEDULE OF ACTION

|    | Plaintiff | Defendants | District | Civil Action No. | Judge |
|----|-----------|------------|----------|------------------|-------|
| 1. | Tatyana Shulman | Laboratory Corporation of America Holdings | M.D.N.C. | 1:19-cv-00616 | |

6624/001/537999.1