BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: American Collection Agency, Inc. Customer Data
Security Breach Litigation                                    MDL No. 2904

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the Notice of Tag-Along Action, with Schedule of Action, were served on all parties in the following cases electronically via ECF, or as indicated below, on June 25, 2019.

**_Worthey v. American Medical Collection Agency, Inc. et al._** (S.D.N.Y. No. 7:19-cv-05210)

*Attorneys for Plaintiff Paula Worthey:*

| | |
|---|---|
| Russell Yankwitt<br>YANKWITT LLP<br>140 Grand Street<br>Suite 705<br>White Plains, NY  10601<br>Tel: 914-686-1500<br>Fax: 914-487-5000 | Tina Wolfson<br>AHDOOT & WOLFSON, PC<br>45 Main Street, Suite 528<br>Brooklyn, NY  11201<br>Tel: 917-336-0171<br>Fax: 917-336-0177 |
| *Defendant American Medical Collection Agency, Inc.:*<br><br>4 Westchester Plaza #110<br>Elmsford, NY  10523 | *Defendant Optum 360 Services, Inc.:*<br><br>11000 Optum Circle<br>Eden Prairie, MN  55344 |

*Defendant Quest Diagnostics Incorporated:*

500 Plaza Dr.
Secaucus, NJ  07094

*Gutierrez v. American Medical Collection Agency, Inc., et al.* **(S.D.N.Y. No. 7:19-cv-05212)**

*Attorneys for Plaintiff Edgar Gutierrez*

Jeremiah Frei-Pearson
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
445 Hamilton Avenue, Suite 605
White Plains, NY  10601

| | |
|---|---|
| *Defendant American Medical Collection Agency, Inc.:* | *Defendant Optum 360 Services, Inc.:* |
| 4 Westchester Plaza #110<br>Elmsford, NY  10523 | 11000 Optum Circle<br>Eden Prairie, MN  55344 |

*Defendant Quest Diagnostics Incorporated:*

500 Plaza Dr.
Secaucus, NJ  07094

*Marler v. Quest Diagnostics, Inc., et al.:* **(C.D. Cal. No. 8:19-cv-01091)**

*Attorneys for Plaintiff Misty Marler:*

Daniel S. Robinson
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA  92660

| | |
|---|---|
| *Defendant American Medical Collection Agency, Inc.:* | *Defendant Optum 360 Services, Inc.:* |
| 4 Westchester Plaza #110<br>Elmsford, NY  10523 | 11000 Optum Circle<br>Eden Prairie, MN  55344 |

*Defendant Quest Diagnostics Incorporated:*

500 Plaza Dr.
Secaucus, NJ  07094

*Vieyra v. Quest Diagnostics, Inc., et al.* **(D.N.J. No. 2:19-cv-13396)**

*Attorneys for Plaintiff Julio Antonio Vieyra*

James E. Cecchi
CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068

Michael W. Sobol
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

Jason Lichtman
Sean A. Petterson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Adam J. Levitt
Amy E. Keller
DICELLO LEVITT GUTZLER LLC
10 North Dearborn, 11th Floor
Chicago, IL 60602

*Defendant American Medical Collection Agency, Inc.:*

4 Westchester Plaza #110
Elmsford, NY 10523

*Defendant Optum 360 Services, Inc.:*

11000 Optum Circle
Eden Prairie, MN 55344

*Defendant Quest Diagnostics Incorporated:*

500 Plaza Dr.
Secaucus, NJ 07094

*Fernandez v. American Medical Collection Agency, Inc., et al.* **(D.N.J. No. 2:19-cv-13398)**

*Attorneys for Plaintiffs Jorge M. Fernandez, Jr. and Hector J. Valdes*

Christopher A. Seeger
Parvin Aminolroaya
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

Linda P. Nussbaum
Bart D. Cohen
NUSSBAUM LAW GROUP
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036-8918

Jennifer Scullion
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY 10005

Michael E. Criden
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL 33143

| | |
|---|---|
| Paul J. Geller<br>Stuart A. Davison<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 | Samuel H. Rudman<br>Mark S. Reich<br>William J. Geddish<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 S. Service Road, Suite 200<br>Melville NY  11747 |

*Defendant American Medical Collection Agency, Inc.:*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Optum 360 Services, Inc.:*

11000 Optum Circle
Eden Prairie, MN  55344

*Defendant Quest Diagnostics Incorporated:*

500 Plaza Dr.
Secaucus, NJ  07094

**Grauberger v. Quest Diagnostics Inc., et al. (N.D. Cal. No. 3:19-cv-03102)**

*Attorneys for Plaintiff Emory Grauberger:*

| | |
|---|---|
| Abbas Kazerounian<br>Jason A. Ibey<br>Nicholas R. Barthel<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Ave., Unit D1<br>Costa Mesa, CA  92626 | Matt Schultz<br>Bill Cash<br>Brenton Goodman<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.<br>316 S. Baylen St., Suite 600<br>Pensacola, FL  32501 |
| Joshua B. Swigart<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA  92101 | |

*Defendant American Medical Collection Agency, Inc.:*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Optum 360 Services, Inc.:*

11000 Optum Circle
Eden Prairie, MN  55344

4

*Defendant Quest Diagnostics Incorporated:*

500 Plaza Dr.
Secaucus, NJ  07094

***Lanouette, et al. v. Retrieval Masters Creditors Bureau, Inc., et al.* (S.D.N.Y. No. 7:19-cv-05216)**

*Attorneys for Plaintiff Brian Lanouette:*

Spencer Sheehan
SHEEHAN & ASSOC., P.C.
505 Northern Blvd., Suite 311
Great Neck, NY  11021

| *Defendant Retrieval Masters Creditor Bureau, Inc.:* | *Defendant Optum 360 Services, Inc.:* |
|---|---|
| 4 Westchester Plaza #110<br>Elmsford, NY  10523 | 11000 Optum Circle<br>Eden Prairie, MN  55344 |

*Defendant Quest Diagnostics Incorporated:*

500 Plaza Dr.
Secaucus, NJ  07094

***Julin v. Quest Diagnostics Inc., et al.* (D.N.J. No. 2:19-cv-13446)**

*Attorneys for Plaintiff Traci Diana Julin:*

| James A. Barry<br>LOCKS LAW FIRM, LLC<br>801 N. Kings Highway<br>Cherry Hill, NJ  08034 | John A. Yanchunis<br>Patrick Barthle<br>MORGAN & MORGAN COMPLEX<br>LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL  33602 |
|---|---|
| Michael A. Galpern<br>JAVERBAUM WURGAFT HICKS KAHN<br>WIKSTROM & SININS, P.C.<br>1000 Haddonfield-Berlin Rd., Suite 203<br>Voorhees, NJ  08043 | Jared Michael Lee<br>JACKSON LEE PA<br>1991 Longwood Lake Mary Rd.<br>Longwood, FL  32750 |

*Defendant American Medical Collection Agency, Inc.:*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Optum 360 Services, Inc.:*

11000 Optum Circle
Eden Prairie, MN  55344

### *Mayer v. Quest Diagnostics, et al.* (C.D. Cal. No. 5:19-cv-01029)

*Attorneys for Plaintiff Johanna Mayer:*

Jerusalem F. Beligan
Brian D. Chase
Ian M. Silvers
BISNAR CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, CA  92660

Jordan S. Esensten
Robert L. Esensten
ESENSTEN LAW
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA  90025

*Defendant American Medical Collection Agency, Inc.:*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Optum 360 Services, Inc.:*

11000 Optum Circle
Eden Prairie, MN  55344

### *Oswald, et al. v. American Medical Collection Agency, Inc.* (S.D.N.Y. No. 7:19-cv-05302)

*Attorneys for Plaintiffs Robert Oswald, Mary Beth Kerns, Marcia Sorin-Rosenthal and Stephen Rosenthal:*

Linda P. Nussbaum
Bart D. Cohen
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718

Adam Frankel
GREENWICH LEGAL ASSOC. LLC
881 Lake Ave.
Greenwich, CT  06831

Christopher A. Seeger
Parvin Aminolroaya
Jennifer Scullion
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY  10005

*Defendant American Medical Collection Agency, Inc.:*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Laboratory Corporation of America Holdings*

358 South Main Street
Burlington, NC  27215

6

*Carbonneau v. Quest Diagnostics Inc., et al.* **(D.N.J. No. 2:19-cv-13472)**

*Attorneys for Plaintiff Francis Carbonneau:*

| | |
|---|---|
| Peter S. Pearlman<br>COHN LIFLAND PEARLMAN<br>HERRMANN & KNOPF LLP<br>Park 80 West – Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ  07663 | Sherrie Savett<br>Shanon Carson<br>Jon Lambiras<br>BERGER MONTAGUE, PC<br>1818 Market St., Suite 3500<br>Philadelphia, PA  19103 |

*Defendant American Medical Collection Agency, Inc.:*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Optum 360, LLC*

11000 Optum Circle
Eden Prairie, MN  55344

*Defendant Quest Diagnostics Inc.*

500 Plaza Dr.
Secaucus, NJ  07094

*Meisel, et al. v. American Medical Collection Agency, Inc., et al.* **(D.N.J. No. 2:19-cv-13484)**

*Attorneys for Plaintiffs Mark Meisel, Zagaria Hague, Robert Oswald, Lori Weinrib, Robert Corwin, and Cindy Farber:*

| | |
|---|---|
| Christopher A. Seeger<br>Parvin Aminolroaya<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ  07660 | Linda P. Nussbaum<br>Bart D. Cohen<br>NUSSBAUM LAW GROUP, PC<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY  10035-8718 |
| Jennifer Scullion<br>SEEGER WEISS LLP<br>77 Water Street, 8th Floor<br>New York, NY  10005 | Adam Frankel<br>GREENWICH LEGAL ASSOCIATES, LLC<br>881 Lake Ave.<br>Greenwich, CT  06831 |

*Defendant American Medical Collection Agency, Inc.*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Optum 360 Services, Inc.*

11000 Optum Circle
Eden Prairie, MN  55344

*Defendant Quest Diagnostics, Inc.*

500 Plaza Dr.
Secaucus, NJ  07094

***Villarreal, et al. v. American Medical Collection Agency, Inc., et al.* (S.D.N.Y. No. 7:19-cv-05340)**

*Attorneys for Plaintiffs Rosa Villarreal, Karina Gras and Jeffrey Grossman*

Christopher A. Seeger
Parvin Aminolroaya
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660

Jennifer Scullion
SEEGER WEISS LLP
77 Water St., 8th Floor
New York, NY  10005

Linda P. Nussbaum
Bart D. Cohen
NUSSBAUM LAW GROUP, PC
1211 Avenue of the Americas, 40th Floor
New York, NY  10035-8718

Michael Criden
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL  33143

*Defendant American Medical Collection Agency, Inc.*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Laboratory Corporation of American Holdings*

358 South Main Street
Burlington, NC  27215

***Rahill v. Quest Diagnostics, Inc., et al.* (D.N.J. No. 2:19-cv-13510)**

*Attorneys for Plaintiff Deanna Rahill*

Bruce D. Greenberg
LITE DEPALMA GREENBERG LLC
570 Broad Street, Suite 1201
Newark, NJ  07102

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
SAUDER SCHELKOPF, LLC
555 Lancaster Ave.
Berwyn, PA  19312

*Defendant American Medical Collection Agency, Inc.*
\
4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Quest Diagnostics*

500 Plaza Dr.
Secaucus, NJ  07094

***Henry v. American Medical Collection Agency, Inc., et al.* (S.D.N.Y. No. 7:19-cv-05392)**

*Attorneys for Plaintiff Kaesha Gaye Camilia Henry*

Laurence D. King
Mario M. Choi
KAPLAN FOX & KILSHEIMER LLP
350 Sansome St., Suite 400
San Francisco, CA  94104

Frederic S. Fox
Joel B. Strauss
David A. Straite
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave., 14th Floor
New York, NY  10022

Andres Montejo
THE LAW OFFICES OF ANDRES MONTEJO, ESQ.
6157 NW 167 St., Suite F-21
Miami, FL  33015

*Defendant American Medical Collection Agency, Inc.*
\
4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Quest Diagnostics*

500 Plaza Dr.
Secaucus, NJ  07094

*Defendant Laboratory Corporation of America Holdings*

358 South Main Street
Burlington, NC  27215

*Defendant Optum360, LLC*
11000 Optum Circle
Eden Prairie, MN  55344

*Defendant BioReference Laboratories, Inc.*

481 Edward H. Ross Drive
Elmwood Park, NJ  07407

***DeMarco v. Quest Diagnostics, Inc., et al.* (C.D. Cal. No. 2:19-cv-05071)**

*Attorneys for Plaintiff Sean DeMarco*

Timothy G. Blood
Thomas J. O'Reardon II
Jennifer L. Macpherson
BLOOD HURST & o'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101

| | |
|---|---|
| *Defendant American Medical Collection Agency, Inc.* \\ 4 Westchester Plaza #110 Elmsford, NY  10523 | *Defendant Quest Diagnostics* 500 Plaza Dr. Secaucus, NJ  07094 |
| *Defendant Optum360, LLC* 11000 Optum Circle Eden Prairie, MN  55344 | |

### *Rogge v. Quest Diagnostics, Inc., et al.* (D.N.J. 2:19-cv-13648)

*Attorneys for Plaintiffs Patrick Rogge and Tiffany Duong*

| | |
|---|---|
| Duran L. Keller LAW OFFICE OF EDWYN D. MACELUS PO Box 374 Edgewater, NJ  07020 | Mark A. Ozzello Tarek Zohdy Cody Padgett Trisha Monesi CAPSTONE LAW APC 1875 Century Park East, Suite 1000 Los Angeles, CA  90067 |
| *Defendant American Medical Collection Agency, Inc.* \\ 4 Westchester Plaza #110 Elmsford, NY  10523 | *Defendant Quest Diagnostics* 500 Plaza Dr. Secaucus, NJ  07094 |
| *Defendant Optum360, LLC* 11000 Optum Circle Eden Prairie, MN  55344 | |

### *Ryan, et al. v. Quest Diagnostics, Inc., et al.* (S.D. Cal. No. 3:19-cv-01098)

*Attorneys for Plaintiffs Melissa Ryan and Daniel Ryan*

Mark L. Godino
Lionel Z. Glancy
Danielle L. Manning
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

| | |
|---|---|
| *Defendant American Medical Collection Agency, Inc.* \ 4 Westchester Plaza #110 Elmsford, NY  10523 | *Defendant Quest Diagnostics* 500 Plaza Dr. Secaucus, NJ  07094 |

*Defendant Optum360, LLC*
11000 Optum Circle
Eden Prairie, MN  55344

### *Finch v. Quest Diagnostics, Inc., et al.* (D.Kan. No. 2:19-cv-02306)

*Attorneys for Plaintiff Ashley Finch*

Todd C. Werts
Bradford B. Lear Timothy G. Blood
Thomas J. O'Reardon II
Jennifer L. Macpherson
BLOOD HURST & o'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101

| | |
|---|---|
| *Defendant American Medical Collection Agency, Inc.* \ 4 Westchester Plaza #110 Elmsford, NY  10523 | *Defendant Quest Diagnostics* 500 Plaza Dr. Secaucus, NJ  07094 |

*Defendant Optum360, LLC*
11000 Optum Circle
Eden Prairie, MN  55344

### *Key v. American Medical Collection Agency, Inc., et al.* (S.D.N.Y. No. 7:19-cv-05536)

*Attorneys for Plaintiff Ritzie Key*

| | |
|---|---|
| Jeremiah Frei-Pearson D. Greg Blankinship Todd S. Garber Chantal Khalil Jean Sedlak FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER LLP 445 Hamilton Ave., Suite 605 White Plains,   10601 | Cornelius P. Duke ABINGTON COLE & ELLERY 320 South Boston Ave., Suite 1130 Tulsa, OK  74103 |

11

*Defendant American Medical Collection Agency, Inc.*
\
4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Quest Diagnostics*

500 Plaza Dr.
Secaucus, NJ  07094

*Defendant Optum360, LLC*
11000 Optum Circle
Eden Prairie, MN  55344

**Shulman v. Laboratory Corporation of America Holdings** (N.C.M.D. No. 1:19-cv-00616)

*Attorneys for Plaintiff Tatyana Shulman*

David Matthew Wilkerson
VAN WINKLE BUCK WALL STARNES & DAVIS, P.A
POB 7376
Asheville, NC 28802

*Defendant Laboratory Corporation of America Holdings*

358 South Main Street
Burlington, NC  27215

**Jilek et al v. Retrieval-Masters Creditors Bureau, Inc. et al** (S.D.N.Y. No. 19-cv-05552)

*Attorneys for Plaintiff Ashely Jilek*

**David Berger**
Gibbs Law Group LLP
505 14th Street
Suite1110
Oakland, CA 94612
510-350-9700
Email: dmb@classlawgroup.com

**John Anthony Kehoe**
Pomerantz LLP
600 Third Ave, 20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jkehoe@pomlaw.com

*Defendant Retrieval Masters Creditor Bureau, Inc.:*

4 Westchester Plaza #110
Elmsford, NY  10523

*Defendant Optum 360 Services, Inc.:*

11000 Optum Circle
Eden Prairie, MN  55344

| | |
|---|---|
| *Defendant Quest Diagnostics Incorporated:* | *Defendant Laboratory Corporation of America Holdings* |
| 500 Plaza Dr.<br>Secaucus, NJ  07094 | 358 South Main Street<br>Burlington, NC  27215 |

***Finch v. Laboratory Corporation of America Holdings et al* (D. Kan. 19-cv-02307)**

*Attorneys for Plaintiff David Finch*

| | |
|---|---|
| **Ryan M. Callahan**<br>Callahan Law Firm, LLC<br>222 W. Gregory Blvd. Suite 210<br>Kansas City, MO 64114<br>816-822-4041<br>Fax: 913-273-1799<br>Email: ryan@callahanlawkc.com | **Todd C. Werts**<br>Lear Werts, LLP<br>2003 W. Broadway, Suite 107<br>Columbia, MO 65203-1111<br>573-875-1991<br>Fax: 573-875-1985<br>Email: werts@learwerts.com |
| *Defendant American Medical Collection Agency, Inc.* | *Defendant Laboratory Corporation of American Holdings* |
| 4 Westchester Plaza #110<br>Elmsford, NY  10523 | 358 South Main Street<br>Burlington, NC  27215 |

Respectfully submitted,

**HAUSFELD LLP**

*s/James Pizzirusso*
James Pizzirusso
1700 K Street, N.W.
Suite 650
Washington, D.C.
Tel: 202-540-7200
Fax: 202-540-7201
jpizzirusso@hausfeld.com