BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: American Medical Collection Agency, Inc.  　　　　　MDL No. 2904
Customer Data Security Breach Litigation

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Panel on Multidistrict Litigation, the undersigned counsel hereby notify the Panel of the potential tag-along action filed on August 12, 2019, in the United States District Court for the Southern District of West Virginia:

*Hayhurst v. Laboratory Corporation of America Holdings,* No. 5:19-cv-00590

A schedule of actions, current docket sheet and Complaint are attached.

Dated: August 13, 2019　　　　　　　　　　/s/ *Benjamin L. Bailey*
　　　　　　　　　　　　　　　　　　　　Benjamin L. Bailey (WVSB # 200)
　　　　　　　　　　　　　　　　　　　　Jonathan R. Marshall (WVSB #10580)
　　　　　　　　　　　　　　　　　　　　Bailey & Glasser, LLP
　　　　　　　　　　　　　　　　　　　　209 Capitol Street
　　　　　　　　　　　　　　　　　　　　Charleston, WV 25301
　　　　　　　　　　　　　　　　　　　　(304) 345-6555
　　　　　　　　　　　　　　　　　　　　bbailey@baileyglasser.com
　　　　　　　　　　　　　　　　　　　　jmarshall@baileyglasser.com

　　　　　　　　　　　　　　　　　　　　Patricia M. Kipnis (NJ Bar 016962003)
　　　　　　　　　　　　　　　　　　　　Bailey & Glasser LLP
　　　　　　　　　　　　　　　　　　　　923 Haddonfield Road
　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　Cherry Hill, New Jersey 08002
　　　　　　　　　　　　　　　　　　　　(856) 324-8219
　　　　　　　　　　　　　　　　　　　　pkipnis@baileyglasser.com

　　　　　　　　　　　　　　　　　　　　- and-

Steven R. Broadwater, Jr. (WVSB # 11355)
Hamilton, Burgess, Young & Pollard, P.L.L.C.
P.O. Box 959
Fayetteville, WV 25840
(304) 574-2727

*Counsel for Plaintiffs Amanda Hayhurst and Donetta Huffman*