UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 19-md-2904 (MCA)(MAH) <br><br> **ORDER** |

THIS MATTER having been opened to the Court by Interim Class Counsel, and for good cause appearing,

IT IS THIS _22_ day of November, 2019

ORDERED as follows:

1. Paragraph 2 of CMO-2 (Docket Entry 99) is modified as follows:

**MDL Lead Counsel**

James E. Cecchi

**Quest Track Co-Lead Counsel**

Christopher A. Seeger, Norman E. Seigel, Jason L. Lichtman

**Quest Track Steering Committee**

Michele Drake, Jason Dennett, Timothy G. Blood, Todd S. Garber

**LabCorp Track Co-Lead Counsel**

Linda P. Nussbaum, Stuart Davidson

**LabCorp Track Steering Committee**

Tina Wolfson, Jean S. Martin, Marc L. Godino

**Other Labs Track Co-Lead Counsel**

Joseph DePalma, Amy E. Keller

**Other Labs Track Steering Committee**

Joseph P. Guglielmo, James Pizzirusso, Laurence D. King, Douglas McNamara

**Bankruptcy Liaison**

Scott Bursor

**Bankruptcy Steering Committee**

Todd C. Werts, J. Gerard Stranch

The foregoing appointments are personal to the individual attorney appointed. Each Co-Lead Counsel shall be a member of their respective Steering Committee. The Court may add or replace members upon request from the Steering Committee, or on its own motion, if and as circumstances warrant.

2.  Except to the extent modified herein, all other provisions of CMO-2 remain in full force and effect.

No. 27- 2014

_____
MADELINE COX ARLEO, U.S.D.J.